UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
F I L E D

MAY 18 2017

David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | **C 17 279** |
| NICHOLAS HUGH FOWLER | § | |
| TREVOR LYNN WILLIAMS | § | |
| OSCAR DANIEL VILLARREAL | § | |
| WHITNEY WELLS | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about November 1, 2016 and on or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

NICHOLAS HUGH FOWLER
TREVOR LYNN WILLIAMS and
OSCAR DANIEL VILLAREAL,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### WHITNEY WELLS,

did knowingly and intentionally conspire and agree together, and with other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately sixty (60) (gross weight) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT THREE

On or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### TREVOR LYNN WILLIAMS,

did knowingly possess a firearm, to wit: a Smith & Wesson, .380 caliber firearm, Serial Number KBH1689, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

On or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

TREVOR LYNN WILLIAMS,

did knowingly possess a firearm, to wit: a Heritage 9 mm firearm, serial number A-2144, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
BRITTANY L. JENSEN
Assistant United States Attorney