| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Victoria |

CORPUS CHRISTI Division
Magistrate No.:   C-17-405M
                  C-17-407M

File:     INDICTMENT              CR. No.:   C 17 279

Filed:   May 18, 2017

County:   Nueces                  Judge:   **JUDGE JOHN D. RAINEY**

LIONS #:   2017R05496

Attorneys:

United States of America

ABE MARTINEZ, ACTING U.S. ATTORNEY
BRITTANY L. JENSEN, ASST. U.S. ATTY

v.

GRAND JURY ACTION          APP'D   RET
PLEASE INITIAL

NICOLAS HUGH FOWLER

TREVOR LYNN WILLIAMS

| TRUE BILL: |
|---|
| NO BILL: |

OSCAR DANIEL VILLARREAL

WHITNEY WELLS

Charge(s):   Ct. 1 (Defendants 1,2,3): Did knowingly and intentionally conspire to possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine:21 USC 846, 841(a)(1) and 841(b)(1)(A).
Ct. 2 (Defendant 4): Did knowingly and intentionally possess with intent to distribute approximately 60 (gross weight) grams methamphetamine:
21 USC 841(a)(1) and 841(b)(1)(B).
Cts. 3-4 (Defendant 2) Did knowingly possess a firearm in furtherance of a drug trafficking crime:   18 USC 924(c)(1)(A)

Penalty:   Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and a $100 Special Assessment.
Ct. 2: Not less than 5 years or more than 40 years imprisonment without probation, parole or suspended sentence, or a fine not to exceed $5 million, or both; at least 4 years SRT; and, a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.
Cts. 3-4: Not less than 5 years imprisonment, or a fine of not more than $250,000, or both; not more than 5 years SRT; and, a $100 Special Assessment.

In Jail:     X

On Bond:     _____

No Arrest:   _____