UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
F I L E D

MAY 18 2017

David J. Bradley
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NUMBER |
| NICHOLAS HUGH FOWLER § TREVOR LYNN WILLIAMS § OSCAR DANIEL VILLARREAL § WHITNEY WELLS § | **C17 279** |

## NOTICE OF RELATED CASE

COMES NOW the United States of America through Abe Martinez, Acting United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASE.

The following case is related to the instant case:

Case: United States v. Rodolfo Guerra, et al
Number:  C-17-214
District Judge: Nelva Gonzales Ramos
Status:   Pretrial Conference set for June 1, 2017.

These cases are the product of an investigation by agents from the United States Bureau of Immigration and Customs Enforcement.

Respectfully submitted,

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
BRITTANY JENSEN
Assistant United States Attorney