## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | 2:17-CR-00279-001 |
| | § | |
| **NICHOLAS HUGH FOWLER** | § | |

### DEFENDANT NICHOLAS HUGH FOWLER'S OPPOSED MOTION TO REINSTATE BOND AND REQUEST FOR SHOW CAUSE HEARING

**TO THE HONORABLE JOHN D. RAINEY:**

**NOW COMES**, Defendant, NICHOLAS HUGH FOWLER, who makes and files this Motion to Reinstate Bond and Request for Show Cause Hearing, and in support thereof, would respectfully show unto the Honorable Court the following:

**I.**

Mr. Fowler respectfully requests that the Court reinstate his bond, if same has been revoked, and that the Court conduct a show cause hearing as whether Mr. Fowler's bond and pretrial supervision should be revoked.

WHEREFORE, PREMISES CONSIDERED, Defendant Nicholas Hugh Fowler prays that the Court grant the relief prayed for above and grant Defendant such other and further relief, at law or in equity, to which he may show himself to be justly entitled.

                Respectfully submitted,

        By:/s/_ David Klein_____
                David Klein
                STATE BAR NO.:   24007497
                FEDERAL NO.   26860
                PO Box 2446
                Corpus Christi, Texas 78403
                Phone: 361/815-0053
                Fax : 361/998-9743
                ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONSULTATION AND SERVICE

I certify that on the 14th day of June, 2017, I conferred with AUSA Brittany Jensen and she indicated she opposes this motion.   I further certify that on June 15, 2017, a true and correct copy of the above and foregoing document was served to the following by ECF:

Brittany Jensen
United States Attorney
800 N. Shoreline, Ste. 500
Corpus Christi, Texas 78401

                /s/David Klein_____
                David Klein