Case 2:17-cr-00279   Document 28   Filed in TXSD on 06/28/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 2:17-CR-00279-1 |
| § | |
| NICHOLAS HUGH FOWLER § | |

## ORDER REVOKING BOND

On June 28, 2017, a show cause hearing was held before the undersigned regarding a petition alleging defendant has violated the conditions of his pretrial release. The defendant, defense counsel and counsel for the Government appeared in person. The undersigned finds that the defendant violated the conditions of his bond as alleged in the petition (D.E. 24) and further finds the defendant is unlikely to abide by conditions if released again. Having further considered the defendant's request to remain on bond, that request is denied. Accordingly, the defendant is ordered detained without bond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of June, 2017.

_____
Jason B. Libby
United States Magistrate Judge