UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 12 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER   C-17-279-S |
| NICHOLAS HUGH FOWLER | § | |
| TREVOR LYNN WILLIAMS | § | |
| OSCAR DANIEL VILLARREAL | § | |
| WHITNEY WELLS | § | |
| ANDREA WORK | § | |
| JOSHUA CASKEY | § | |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about November 1, 2016 and on or about May 19, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

NICHOLAS HUGH FOWLER
TREVOR LYNN WILLIAMS,
OSCAR DANIEL VILLAREAL,
ANDREA WORK and
JOSHUA CASKEY,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## WHITNEY WELLS,

did knowingly and intentionally conspire and agree together, and with other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately sixty (60) (gross weight) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT THREE

On or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## TREVOR LYNN WILLIAMS,

did knowingly possess a firearm, to wit: a Smith & Wesson, .380 caliber firearm, Serial Number KBH1689, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FOUR

On or about April 18, 2017, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

TREVOR LYNN WILLIAMS,

did knowingly possess a firearm, to wit: a Heritage 9 mm firearm, serial number A-2144, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### NOTICE OF CRIMINAL FORFEITURE
(21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants

NICHOLAS HUGH FOWLER
TREVOR LYNN WILLIAMS,
OSCAR DANIEL VILLAREAL,
ANDREA WORK and
JOSHUA CASKEY,

that upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the following property shall be subject to forfeiture:

(1) All property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) All property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

### NOTICE OF CRIMINAL FORFEITURE

3

(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

TREVOR LYNN WILLIAMS,

that upon conviction of a knowing violation of Title 18, United States Code, Section 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture.

PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following property:

(1) $15,710 in United States Currency seized from a safe deposit box at Frost Bank on or about April 20, 2017;

(2) A Smith & Wesson, .380 caliber firearm, Serial No. KBH1689; and

(3) A Heritage 9mm firearm, Serial No. A-2144.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
BRITTANY L. JENSEN
Assistant United States Attorney