United States District Court
Southern District of Texas

**ENTERED**
July 17, 2017
David J. Bradley, Clerk

UNITED STATES OF AMERICA		SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. C-17-279-S-1 |
| | § | |
| Nicholas Hugh Fowler | § | |

### *SCHEDULING ORDER*

1. MOTIONS will be filed by                     __to be determined__

2. RESPONSES will be filed by                   __to be determined__

3. PRETRIAL CONFERENCE is set for              __July 17, 2017 at 9:00 a.m__
   (U.S. District Court-Corpus Christi, TX)

4. PROPOSED VOIR DIRE is set for               __to be determined__

5. JURY selection and TRIAL set for            __July 24, 2017 at 9:30 a.m.__
   (U.S. District Court-Corpus Christi, TX)

6. Speedy trial limits waived? *(yes/no)*      _____

7. Estimated Trial Time                        _____


Direct questions about this schedule to STACIE MARTHILJOHNI, Case Manager
United States District Clerk's Office, P. O. Box 1638, Victoria, TX 77902; (361) 788-5030.

SIGNED this 17th of July, 2017.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

_____        _____
Assistant United States Attorney        Attorney for Defendant

_____
Defendant

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

JUDGE JOHN D. RAINEY

## CRIMINAL PROCEDURES

*Pretrial Materials*

    Pretrial Materials are to be filed as follows:

| | | |
|---|---|---|
| In duplicate: | ▸ | Proposed voir dire to jury panel |
| | ▸ | Proposed jury charge |
| | ▸ | Legal memoranda citing issues to be tried and citing authorities |
| Four (4) copies: | ▸ | Exhibit list |
| | ▸ | Witness list |

*Pleas of Guilty*

Once a plea agreement is reached, counsel should immediately notify the Case Manager, Stacie Marthiljohni, at (361) 788-5030, in order to schedule a rearraignment hearing.

The United States Attorney's office should complete and deliver a sentence data sheet and a copy of the written plea agreement to the Court's chambers at least 2 days before the scheduled hearing.