UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                       Case Number: 2:17–cr–00279

Nicholas Hugh Fowler

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

John D Rainey

**PLACE:**
3rd Floor Courtroom
United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/18/2017

**TIME:** 09:45 AM

**TYPE OF PROCEEDING:** Pretrial Conference

Date:   September 14, 2017

David J. Bradley, Clerk