UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER C-17-279-S(1) |
| NICHOLAS HUGH FOWLER | § § | |

PRELIMINARY ORDER OF FORFEITURE

Following the Defendant's conviction and based on the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offenses of conviction.   It is ORDERED that:

1. The following property is forfeited to the United States of America:

   a. $15,710 in United States Currency seized from a safe deposit box at Frost Bank on or about April 20, 2017,

2. The United States of America is authorized to seize the forfeited property.

3. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in

that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, TX 78401. A copy of the petition shall also be sent Brittany Jensen, Assistant United States Attorney, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, Texas 78401.

5. This forfeiture order shall be made a part of the Defendant's sentence and included in the judgment.

Signed at Corpus Christi, Texas, on _____, 2017.

_____
HONORABLE JOHN D. RAINEY
UNITED STATES DISTRICT COURT JUDGE